UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID BLANKS AND RHONDA BLANKS                              PLAINTIFFS

VS.                                   CIVIL ACTION NO. 4:05CV137LR

LOCKHEED MARTIN CORPORATION;
JACK JOHNS; STEVE COBB; THE ESTATE
OF DOUGLAS WILLIAMS; JOHN DOES 1-10;
ABC COMPANIES 1-10; AND XYZ
PROFESSIONAL ASSOCIATIONS 1-10                              DEFENDANTS

## JUDGMENT

Based on the court's order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 23rd day of June, 2006.


                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE