```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          EASTERN DIVISION


DAVID BLANKS AND RHONDA BLANKS                           PLAINTIFFS


VS.                                    CIVIL ACTION NO. 4:05CV137LR


LOCKHEED MARTIN CORPORATION;
JACK JOHNS; STEVE COBB; THE ESTATE
OF DOUGLAS WILLIAMS; JOHN DOES 1-10;
ABC COMPANIES 1-10; AND XYZ
PROFESSIONAL ASSOCIATIONS 1-10                           DEFENDANTS
```

ORDER

A judgment was inadvertently entered in this cause on June 23, 2006, and the same is hereby vacated.

SO ORDERED this 30th day of June, 2006.

                                                /s/ Tom S. Lee
                                          UNITED STATES DISTRICT JUDGE