```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION

DAVID BLANKS AND RHONDA BLANKS                    PLAINTIFFS

VS.                           CIVIL ACTION NO. 4:05CV137TSL-LRA

LOCKHEED MARTIN CORPORATION,
JACK JOHNS, STEVE COBB, THE
ESTATE OF DOUGLAS WILLIAMS,
JOHN DOES 1-10, AND XYZ
PROFESSIONAL ASSOCIATIONS 1-10                    DEFENDANTS
```

## JUDGMENT

For the reasons set forth in the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint is dismissed with prejudice.

SO ORDERED this 28th day of September, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE