IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID BLANKS and RHONDA BLANKS,                                    PLAINTIFFS

V.                                            CIVIL ACTION NO. 04:05cv137TSL-LRA

LOCKHEED MARTIN CORPORATION;
JACK JOHNS; STEVE COBB; THE ESTATE OF
DOUGLAS WILLIAMS BY AND THROUGH HIS
ADMINISTRATOR DERIK SCOTT WILLIAMS;
JOHN DOES 1-10; ABC COMPANIES 1-10; AND
XYZ PROFESSIONAL ASSOCIATIONS 1-10,                                DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

By agreement of the parties, and upon good cause having been shown, the Court is of the opinion that any and all claims asserted by the plaintiffs against all defendants are due to be, and hereby are, DISMISSED WITH PREJUDICE, with each party paying its own costs and expenses of litigation, including attorneys' fees.

SO ORDERED AND ADJUDGED this the 10th day of July, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED TO:

s/Kenneth A. Rutherford
KENNETH A. RUTHERFORD
Attorney for Plaintiffs, David Blanks
and Rhonda Blanks

s/Robert B. Ireland, III
ROBERT B. IRELAND, III
Attorney for Lockheed Martin Corporation,
Jack Johns, and Steve Cobb